Michael S. Agruss (SBN: 259567)
Krohn & Moss, Ltd.
10 N. Dearborn Street, 3rd Floor
Chicago, IL 60602
Tel: 323-988-2400 x235
Fax: 866-620-2956
magruss@consumerlawcenter.com
Attorneys for Plaintiff,
SANDRA NORWOOD and
DON NORWOOD

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| SANDRA NORWOOD and DON NORWOOD, <br><br> Plaintiff, <br><br> v. <br><br> GC SERVICES, LP, <br><br> Defendant. | **Case No.: 2:11-cv-03036-GEB-CMK** <br><br> **NOTICE OF SETTLEMENT** |

NOW COMES the Plaintiff, SANDRA NORWOOD and DON NORWOOD, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

- 1 -

Notice of Settlement

1 DATED: December 28, 2011            KROHN & MOSS, LTD.

3                                     By: /s/ Michael S. Agruss

4                                         Michael S. Agruss
                                          Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on December 28, 2011, I served all counsel of record with a copy of this document by way of the CM/ECF system.

By: /s/ Michael S. Agruss

Michael S. Agruss, Esq.