```
 1
 2
 3
 4
 5                  IN THE UNITED STATES DISTRICT COURT
 6                FOR THE EASTERN DISTRICT OF CALIFORNIA
 7
 8  SANDRA NORWOOD and DON NORWOOD,    )
                                       )    2:11-cv-03036-GEB-CMK
 9             Plaintiffs,             )
                                       )
10        v.                           )    ORDER RE: SETTLEMENT AND
                                       )    DISPOSITION
11  GC SERVICES, LP,                   )
                                       )
12             Defendant.              )
    _____     )
13
```

Plaintiffs filed a "Notice of Settlement" on December 28, 2011, in which they state, "a settlement of the present matter has been reached . . . which Plaintiff[s] anticipate[] will be finalized within the next 40 days." (ECF No. 7.) Plaintiffs also request all dates currently scheduled be vacated. Id.

Therefore, a dispositional document shall be filed no later than February 6, 2011. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

However, the Status Conference scheduled for hearing on March 12, 2012 will remain on calendar in the event no dispositional document

1  is filed, or if this action is not otherwise dismissed.[1]  A joint status
2  report shall be filed fourteen (14) days prior to the Status Conference.
3          IT IS SO ORDERED.
4  Dated:  January 3, 2012

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

---

[1]    The Status Conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).