IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SANDRA NORWOOD and DON NORWOOD,      )
                                     )      2:11-cv-03036-GEB-CMK
            Plaintiffs,              )
                                     )
      v.                             )      ORDER RE: SETTLEMENT AND
                                     )      DISPOSITION
GC SERVICES, LP,                     )
                                     )
            Defendant.               )
_____     )

          Plaintiffs filed a "Notice of Settlement" on December 28, 2011, in which they state, "a settlement of the present matter has been reached . . . which Plaintiff[s] anticipate[] will be finalized within the next 40 days." (ECF No. 7.) Plaintiffs also request all dates currently scheduled be vacated. Id.

          Therefore, a dispositional document shall be filed no later than February 6, 2011. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

          However, the Status Conference scheduled for hearing on March 12, 2012 will remain on calendar in the event no dispositional document

1  is filed, or if this action is not otherwise dismissed.[1]  A joint status

2  report shall be filed fourteen (14) days prior to the Status Conference.

3          IT IS SO ORDERED.

4  Dated:  January 3, 2012

5

6  _____
   GARLAND E. BURRELL, JR.

7  United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25  _____

26      [1]     The Status Conference will remain on calendar, because the
   mere representation that a case has been settled does not justify
27  vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890
   (9th Cir. 1987) (indicating that a representation that claims have been
28  settled does not necessarily establish the existence of a binding
   settlement agreement).