Michael S. Agruss (SBN: 259567)
Krohn & Moss, Ltd.
10 N. Dearborn Street, 3rd Floor
Chicago, IL 60602
Tel: 323-988-2400 x235
Fax: 866-583-3695
magruss@consumerlawcenter.com
Attorneys for Plaintiffs,
SANDRA NORWOOD and
DON NORWOOD

**UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF CALIFORNIA,
SACRAMENTO DIVISION**

| | |
|---|---|
| SANDRA NORWOOD and DON NORWOOD, | ) ) ) |
| Plaintiffs, | ) **Case No.: 2:11-cv-3036-GEB-CMK** ) |
| v. | ) **VOLUNTARY DISMISSAL** ) |
| GC SERVICES, LP, | ) ) |
| Defendant. | ) ) |

**VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiffs, SANDRA NORWOOD and DON NORWOOD, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: February 2, 2012                          KROHN & MOSS, LTD.

                                        By:   /s/ Michael S. Agruss.
                                              Michael S. Agruss
                                              Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2012, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. I further certify that a copy of the foregoing was sent by electronic mail to the following:

Brad Batig

brad.batig@gcserv.com

By:     /s/ Michael S. Agruss _

Michael S. Agruss